IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HARDWICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 15-326-SLR |
| | ) |
| CHRISTOPHER SENATO, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM**

At Wilmington this 1st day of December, 2015, having considered the parties' motions for reconsideration (D.I. 22, 23);

IT IS ORDERED that the motions for reconsideration (D.I. 22, 23) are **denied**, for the following reasons:

1. **Motions for Reconsideration.** Defendants move for reconsideration of the October 8, 2015 memorandum opinion and order (D.I. 20, 21) that denied their motion to impose filing fees. (D.I. 13) Plaintiff moves for reconsideration of the same order (D.I. 21) that dismissed several defendants, denied his motion for reconsideration, and denied as premature his motion for summary judgment. (D.I. 15, 17)

2. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). "A proper Rule 59(e) motion . . . must rely on one of three grounds: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct a clear error of law or fact or

to prevent manifest injustice. *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010) (citing *N. River Ins. Co. v. CIGNA Reinsurance Co.*, 52 F.3d 1194, 1218 (3d Cir. 1995).

3. With regard to plaintiff's motion, the court finds that he has failed to demonstrate grounds for reconsideration and, therefore, his motion will be denied. With regard to defendants' motion, the court thoroughly reviewed the motion, the filings in this case by all parties, and the law prior to denying the motion to impose filing fees. After carefully considering defendants' motion, the court finds they have failed to demonstrate grounds that warrant reconsideration of the court's October 8, 2015 memorandum opinion and order. Therefore, the motion will be denied.

4. **Conclusion.** For the above reasons, the court will deny the motions for reconsideration. (D.I. 22, 23) A separate order shall issue.

_____
UNITED STATES DISTRICT JUDGE